

# Fourth Court of Appeals
## San Antonio, Texas

June 19, 2018

No. 04-18-00367-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

Gabrielle **ROCHA**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI19451
Honorable John D. Gabriel, Jr., Judge Presiding

## O R D E R

Appellant's brief is currently due July 2, 2018. On June 15, 2018, appellant filed an unopposed motion for extension of time, asking for an additional thirty days in which to file its brief. After review, we **GRANT** appellant's motion and **ORDER** appellant to file its brief in this court **on or before August 1, 2018.**

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of June, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court